ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   1:22-mj-00353-UA-1
    -against-                         :   ORDER
                                      :
Raishawn Key                          :
                                      :
        Defendant                     :
                                      :
--------------------------------------X

Robert W. Lehrburger, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified; downgrading his level of home confinement from home detention to a curfew enforced by location monitoring with hours to be set by Pretrial Services.

   Dated: New York, New York
          August 10, 2022

                              SO ORDERED:


                              _____
                              ROBERT W. LEHRBURGER
                              United States Magistrate Judge